IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARCUS J. BUTLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 07-1048-MLB |
| CESSNA AIRCRAFT COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On this 5th day of September, 2007, the Court issues this Order with respect to the joint oral motion of the parties to dismiss this action with prejudice made at the hearing on the Court's Order to Show Cause on August 17, 2007. In support of this Order, the Court finds as follows:

This action was filed by Plaintiff Marcus J. Butler ("Butler"), alleging that Cessna Aircraft Company ("Cessna") violated the Americans with Disabilities Act, Kansas Act Against Discrimination, and Kansas common law when it terminated Butler's employment. For its part, Cessna denies liability for any damages claimed by Butler for any of the alleged causes of action.

The parties litigated this action in good faith and reached an agreement to dismiss the claims in the above-captioned action on the condition that the parties would pay their own costs and attorneys fees incurred in this action and, specifically, that Cessna would not seek from Butler costs and attorneys fees that it incurred in defending this action.

IT IS THERFORE ORDERED that the above-captioned action should be dismissed with prejudice, each party to bear its own costs. This Order resolves all of the claims of the parties and constitutes a final judgment.

IT IS SO ORDERED.

s/Monti Belot
_____
DISTRICT COURT JUDGE

Submitted and Agreed to by:

_____
Stephanie N. Scheck, SC#17641
Jarrod C. Kieffer, SC# 21872
STINSON MORRISON HECKER LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206-6602
(316) 265-8800 TELEPHONE
(316) 265-1349 FAX

*Attorneys for Defendant Cessna Aircraft Company*

_____
Marcus J. Butler
1427 Jump Street
Wichita, Kansas 67206

*Plaintiff, Pro Se*